UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

MAIN STREET AMERICA ASSURANCE COMPANY :
:
Vs. : C.A. NO. 18-CV-00474-JJM-LDA
:
DAVID KEACH, KEACH FRAMING, INC., :
DAVID CESARIO and LEANN CESARIO :

DISMISSAL STIPULATION

In the above entitled matter, the following has been agreed to by and between the parties:

All claims are dismissed with prejudice – no interest – no costs.

MAIN STREET AMERICA
ASSURANCE COMPANY

/s/ C. Russell Bengtson
C. RUSSELL BENGTSON #1233
Bengtson & Jestings, LLP
40 Westminster Street, Suite 300
Providence, RI 02903
Telephone: (401) 331-7272
Facsimile: (401) 331-4404
Email: rbengtson@benjestlaw.com

DAVID KEACH and
KEACH FRAMING, INC.

/s/ Ronald P. Langlois
RONALD P. LANGLOIS #2891
Langlois Wilkins Furtado & Metcalf P.C.
200 Midway Road, Suite 169
Cranston, RI 02920
Telephone: (401) 351-9970
Facsimile: (401) 274-6218
Email: rlanglois@lwfmlaw.com

DAVID CESARIO and
LEANN CESARIO

/s/ Neil P. Philbin
NEIL P. PHILBIN #2767
1058 Kingstown Road, P.O. Box 3727
Peace Dale, RI 02883
Telephone: (401) 782-1190
Facsimile: (401) 782-1240
Email: nphilbin5305@yahoo.com

CERTIFICATE OF SERVICE

      I hereby certify that on February 5, 2020, a true copy of the within document was filed electronically and is available for viewing and downloading from the ECF system and that counsel of record listed below will receive notice through the ECF system.

Ronald P. Langlois, Esquire
Langlois, Wilkins, Furtado & Metcalf, P.C.
200 Midway Road, Suite 169
Cranston, RI 02920
rlanglois@lwfmlaw.com

Neil P. Philbin, Esquire
1058 Kingstown Road
PO Box 3727
Peace Dale, RI 02883
nphilbin5305@yahoo.com

                                                                      *C .Russell Bengtson*